

COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE $00.48⁰
PITNEY BOWES
02 1R
0002003152
MAILED FROM ZIP CODE 78701

RE: WR-84,079-01



JERE MICHAEL SKEELS
GOREE UNIT - TDC # 1434959
7405 HWY 75 SOUTH

Discharged

VAC

78711023